

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:        01-15-01025-CV

Style:        In the Matter of J.G., Respondent

Date motion filed*:        February 12, 2016

Type of motion:        Motion to Seal Record

Party filing motion:        Appellant

Document to be filed:  N/A

Is appeal accelerated?      Yes (juvenile certification).

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant's motion to seal the clerk's and reporter's records filed in this juvenile certification appeal is **granted** because they were filed without proper redactions or being sealed. *See* TEX. FAM. CODE ANN. § 58.005(a) (West Supp. 2015) (records in juvenile court cases are confidential); TEX. R. APP. P. 9.8(c)(1)(C), (d) (stating that, in juvenile court appeals, all papers submitted to court must be redacted, but original record may not be altered absent court order). The Clerk of this Court is ordered to mark the clerk's and reporter's records as sealed.

Judge's signature: /s/ Evelyn V. Keyes
            ☒ Acting individually

Date: February 18, 2015

November 7, 2008 Revision